NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3058

GERALD E. JUELS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF0353080093-I-1.

ON MOTION

## O R D E R

Upon consideration of Gerald E. Juels' unopposed motion for leave to file a corrected opening brief, and the United States Postal Service's unopposed motion for a 14-day extension of time, until March 23, 2009, to file its brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

MAR 0 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2009

JAN HORBALY
CLERK

cc:   Gerald E. Juels
      Amanda L. Tantum, Esq.

s8